IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| JUSTIN LASTER, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. 1:10-cv-136-WLS |
| | * |
| THE KRYSTAL COMPANY, OLIVIA ROBERTS AND STEVE BROWN, | * |
| | * |
| | * |
| Defendants. | * |

**JOINT MOTION FOR COURT REVIEW AND
APPROVAL OF SETTLEMENT AND
DISMISSAL OF CASE WITH PREJUDICE**

NOW COME the plaintiff Justin Laster ("plaintiff") and the defendants The Krystal Company, Olivia Roberts and Steve Brown ("defendants"), and file this Joint Motion for Court Review and Approval of Settlement and Dismissal of Case with Prejudice. In support of their Joint Motion, the parties respectfully show as follows:

1. The plaintiff, who is proceeding pro se, filed a Complaint against defendants on October 10, 2010. The Complaint asserts a claim for back wages and overtime compensation earned but not paid under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq.;

2. Defendants filed an Answer denying any liability to plaintiff;

3. The parties have reached an agreement to settle all of plaintiff's claims alleged in the Complaint in this action against defendants;

4. Plaintiff's claims arise under the Fair Labor Standards Act ("FLSA") 29 U.S.C. § 201, et seq. In consequence, the parties' settlement must be approved by this Court following a review for fairness, in accordance with Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982);

5. Pursuant to the settlement, plaintiff will receive Three Thousand Five Hundred Twenty Eight Dollars ($3,528) to compensate him for his alleged unpaid back wages and overtime compensation. This constitutes the full and complete satisfaction of all of plaintiff's claims under the FLSA; and

6. Plaintiff's claims were disputed, and the settlement was reached following extensive arms length negotiations. Accordingly, the parties submit that the settlement is fair and reasonable and should be approved by the Court.

WHEREFORE, the parties respectfully request that their Joint Motion for Court Review and Approval of Settlement and Dismissal of Case With Prejudice be granted and that this case be dismissed with prejudice. A proposed Order granting the Motion will be submitted to the Court for approval.

Respectfully submitted, this 4th day of ~~January~~ March, 2011.

_____
Justin Laster

Justin Laster
2014 Armory Drive
Americus, GA  31719
Pro Se Plaintiff

STOKES ROBERTS & WAGNER, ALC

s/s John R. Hunt
Georgia Bar No. 378530
3593 Hemphill Street
Atlanta, Georgia  30337
404/766-0076

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| JUSTIN LASTER, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. 1:10-cv-136-WLS |
| | * |
| THE KRYSTAL COMPANY, OLIVIA ROBERTS AND STEVE BROWN, | * |
| | * |
| Defendants. | * |

## CERTIFICATE OF SERVICE

    I hereby certify that on the date below served a copy of the foregoing was filed electronically. Parties may access this filing through the Court's system. I hereby certify that on the date below I also served a copy of the Joint Motion for Court Review and Approval of Settlement via United States Mail, postage prepaid to:

Mr. Justin Laster
2014 Armory Drive
Americus, GA  31719


    This 8th day of March, 2011.

                                                               s/s John R. Hunt