IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

Filed at 4:20 PM, 3/9, 2011
BCL
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| JUSTIN LASTER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:10-cv-136-WLS |
| | * | |
| THE KRYSTAL COMPANY, OLIVIA ROBERTS AND STEVE BROWN, | * | |
| | * | |
| Defendants. | * | |

## ORDER

This matter came before the Court upon the Joint Motion for Court Review and Approval of Settlement and Dismissal of Case with Prejudice by plaintiff and defendants The Krystal Company, Olivia Roberts and Steve Brown. The Court has reviewed the Motion and concludes that the terms of the settlement are fair and reasonable. Accordingly, the Joint Motion for Court Review and Approval of Settlement and Dismissal of Case with Prejudice is GRANTED, and plaintiff's claims against defendants are DISMISSED WITH PREJUDICE. The Clerk is directed to close this case.

This 9th day of March, 2011.

W. Louis Sands
UNITED STATES DISTRICT JUDGE

1813-5833-3192.1